# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANISSA WHITE,<br><br>      Plaintiff,<br><br>v.<br><br>OXFORD COLLECTION AGENCY, INC., a New York Corporation, sometimes doing business as "Oxford Management Services,"<br><br>      Defendants. | Civil Action File No:<br><br>1:07-CV-1901-WBH |

## NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Anissa White, and Defendant, Oxford Collection Agency, Inc., by and through their respective counsel of record, and, pursuant to Fed.R.Civ.P. Rule 41, hereby file this joint "Notice of Dismissal with Prejudice," dismissing all claims asserted in the above-reference action WITH PREJUDICE.

Respectfully submitted this 25th day of October, 2007.

| | |
|---|---|
| /s/ Jeffrey P. Lutz | /s/ Kris Skaar |
| Jeffrey Paul Lutz, Esq. | (by JPL with express permission) |
| Attorney for Defendant | Kris Skaar, Esq. |
| EPSTEIN BECKER & GREEN, P.C. | Attorney for Plaintiff |
| 945 East Paces Ferry Road, Ste. 2700 | LAW OFFICE OF KRIS SKAAR |
| Atlanta, Georgia 30326 | 331 Washington Avenue |
| (404) 923-9000 | Marietta, Georgia 30061-1478 |
| | (770) 427-5600 |